# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>SCOTT HARGIS, DBA Scott Hargis Photo, an individual,<br><br>Plaintiff - Appellee,.<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT LLC, a California limited liability company,<br><br>Defendant - Appellant. | Case No. 24-3668<br><br>D.C. No. 2:22-cv-06989-MCS-PD<br>Central District of California, Los Angeles<br><br>SECOND STATUS REPORT BY TRUSTEE OF THE BANKRUPTCY ESTATE OF PACIFICA SENIOR LIVING MANAGEMENT, LLC |
| SCOTT HARGIS, DBA Scott Hargis Photo,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT LLC,<br><br>Defendant – Appellee. | No. 24-3779<br>D.C. No. 2:22-cv-06989-MCS-PD<br><br>Central District of California, Los Angeles |

## SECOND STATUS REPORT

Pursuant to the Order entered on April 8, 2025, Ronald E. Stadtmueller, chapter 7 trustee ("Trustee") of the Pacifica Senior Living Management, LLC bankruptcy estate ("Pacifica"), hereby submits this Second Status Report.

On March 24, 2025, Pacifica filed a voluntary Chapter 7 petition in the United States Bankruptcy Court, Southern District of California, case #25-01107-CL7 (ECF 1). On March 25, 2025, the Office of the United States Trustee appointed

Ronald E. Stadtmueller as the interim Chapter 7 trustee (ECF No. 5, Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee) and he is now the permanent trustee. No parties to this appeal have sought relief from the automatic stay in this Chapter 7 proceeding.

The parties to this appeal have agreed to a Stipulated Motion to Dismiss Appeals with Prejudice. Per rules of the United States Bankruptcy Court, the Trustee is required to notice creditors and parties in interest in the Pacifica bankruptcy case, of this proposed dismissal. Consistent therewith, on January 7, 2026, the Trustee filed in the Pacifica bankruptcy case, a Notice of Intended Action seeking approval of the proposed dismissal. This Notice will be served by the Bankruptcy Court. Assuming no objections, the Trustee will upload an order after 17 days from the date the Notice of Intended Action is served. Once the order is entered, then the Parties will submit to this court the Stipulated Motion to Dismiss Appeals With Prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The bankruptcy proceeding is projected to continue on through 2026 and likely beyond to address liquidation of assets, claims analysis, litigation and potential payment of dividends to creditors.

January 7, 2026

*/s/ Gary B. Rudolph*

FENNEMORE LLP
Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100/Fax: (619) 231-4372
grudolph@fennemorelaw.com
kcashman-kramer@fennemorelaw.com
*Attorneys for Chapter 7 Trustee,*
*Ronald E. Stadtmueller*

## Certificate of Service

I hereby certify that on January 8, 2026, I electronically filed the foregoing document entitled **SECOND STATUS REPORT BY TRUSTEE OF THE BANKRUPTCY ESTATE OF PACIFICA SENIOR LIVING MANAGEMENT, LLC** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system.

All parties are represented by attorneys who are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Linda Gubba-Reiner*
Linda Gubba-Reiner