**Nos. 24-3779, 24-3668**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

SCOTT HARGIS,
*Plaintiff, Appellee, and Cross-Appellant,*

vs.

PACIFICA SENIOR LIVING MANAGEMENT, LLC,
*Defendant, Appellant, and Cross-Appellee.*

---

*On Appeal from the United States District Court for the Central District of California, No. 2:22-cv-06989-MCS-PD; Hon. Mark C. Scarsi Presiding*

---

# STIPULATED MOTION TO DISMISS APPEALS WITH PREJUDICE

---

John Tehranian (Cal. Bar No. 211616)
Email: jtehranian@onellp.com
Taylor C. Foss (Cal. Bar No. 253486)
Email: tfoss@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Appellee and Cross-Appellant,*
*Scott Hargis*

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal (Case No. 24-3668) filed by Appellant Pacifica Senior Living Management, LLC and cross-appeal (Case No. 24-3779) filed by Cross-Appellant Scott Hargis. The dismissal of the appeal and cross-appeal shall be with prejudice, with each party to bear their own costs.

Respectfully submitted,

Dated: May 11, 2026

By: /s/ Taylor C. Foss
Taylor C. Foss
John Tehranian
Attorneys for Cross-Appellant and Appellee Scott Hargis

Dated: May 11, 2026

By: /s/ Gary Rudolph
Gary Rudolph
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee of the bankruptcy estate of Appellant and Cross-Appellee Pacifica Senior Living Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the forgoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Ninth Circuit's ACMS system. I certify that participants in the case are registered ACMS users, and that service will be accomplished by the ACMS system. Non-participants will be served by U.S. mail.

/s/ Taylor C. Foss
Taylor C. Foss